FILED
2010 Jan-12 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JOY P. KENDALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) |
| **CITIMORTGAGE, INC.,** | ) FILE NO.: CV-09-VEH-2304-S |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Joy P. Kendall ("Plaintiff"), and Defendant CitiMortgage, Inc. ("Defendant"), and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted in the above-styled action with Plaintiff and Defendant to bear their own costs.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and Defendant respectfully request this Court to enter an Order of Dismissal, With Prejudice, relating to all claims asserted in this matter with Plaintiff and Defendant to bear their own costs.

1801524 v1

Respectfully submitted,

| | |
|---|---|
| Dated: January 12, 2010. | Dated: January 12, 2010. |
| *s/Wesley L. Phillips*_____ | *s/Reid S. Manley*_____ |
| Wesley L. Phillips | Reid S. Manley (MAN039) |
| PHILLIPS LAW GROUP, LLC | BURR & FORMAN LLP |
| 15 Office Park Circle, Suite 206 | 3400 Wachovia Tower |
| Birmingham, AL 35223 | 420 North 20th Street |
| Telephone: (205) 383-3585 | Birmingham, Alabama  35203 |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT CITIMORTGAGE, INC. |